FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2025

SEAN F. McAVOY, CLERK

Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Lisa C. Cartier-Giroux
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRANDALL SOLOMON<br>(a/k/a "Solomon Crandall"),<br><br>Defendant. | 2:25-CR-104-RLP<br><br>INDICTMENT<br><br>Vios.: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br>and Ammunition<br>(Counts 1 and 3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to<br>Distribute Fentanyl<br>(Count 2)<br><br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c),<br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about November 14, 2024, in the Eastern District of Washington, the Defendant, CRANDALL SOLOMON (a/k/a "Solomon Crandall"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a

INDICTMENT – 1

term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Taurus G2C, 9mm caliber pistol, bearing serial number ABB332007, and 9mm caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about November 14, 2024, in the Eastern District of Washington, the Defendant, CRANDALL SOLOMON (a/k/a "Solomon Crandall"), did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about January 19, 2025, in the Eastern District of Washington, the Defendant, CRANDALL SOLOMON (a/k/a "Solomon Crandall"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Kel Tec, 9mm caliber pistol, with an altered and obliterated serial number, and 9mm caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and/or foreign commerce,

INDICTMENT – 2

in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Counts 1 and 3 of this Indictment, Defendant, CRANDALL SOLOMON (a/k/a "Solomon Crandall"), shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense(s), including but not limited to:

- a Taurus G2C, 9mm caliber pistol, bearing serial number ABB332007, and 9mm caliber ammunition (Count1)

- a Kel Tec, 9mm caliber pistol, with an altered and obliterated serial number, and 9mm caliber ammunition (Count 3)

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as set forth in Count 2 of this Indictment, Defendant, CRANDALL SOLOMON (a/k/a "Solomon Crandall"), shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate

INDICTMENT – 3

the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Taurus G2C, 9mm caliber pistol, bearing serial number ABB332007, and 9mm caliber ammunition.

If any forfeitable property, as a result of any act or omission of the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ___ day of June 2025.

A TRUE BILL

_Rich Barker_

Richard R. Barker
Acting United States Attorney

_Lisa C. Cartier-Giroux_

Lisa C. Cartier-Giroux
Assistant United States Attorney

INDICTMENT – 4